UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL DE CERNA,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 23-cv-00378-MMC (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY; ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTIONS TO COMPEL**<br><br>Re: ECF Nos. 21, 22 |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.

Defendant Ford Motor Company's Motion for Order Compelling Further Response to Notice of Vehicle Inspection (ECF No. 21) and Motion for Order Compelling Isabel De Cerna to Appear at Deposition (ECF No. 22) are **DENIED** without prejudice. By December 18, 2023, after the parties have met and conferred pursuant to Civil Local Rule 37-1, the parties shall prepare a joint letter of no more than five pages explaining the disputes. Up to twelve pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief." The undersigned shall then issue a ruling, order more formal briefing, or set a hearing, if necessary.

//
//
//
//
//
//

For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

**IT IS SO ORDERED.**

Dated: December 4, 2023

LISA J. CISNEROS
United States Magistrate Judge