ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MICHAEL J. BETZ (BAR NO. 196228)
KIMBERLY F. MACEY (BAR NO. 342019)
Three Embarcadero Center, 12th Floor
San Francisco, California  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  mbetz@allenmatkins.com
         kmacey@allenmatkins.com

Attorneys for Plaintiff
PARKER PROPERTIES, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PARKER PROPERTIES, LP,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY and DOES 1 TO 10, inclusive,<br><br>Defendant. | Case No. 3:23-cv-06008-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: FIRST AMENDED COMPLAINT** ;<br><br>DIRECTIONS TO PARTIES |
|---|---|

WHEREAS, Plaintiff Parker Properties, LP ("Parker Properties") seeks to amend the Complaint in this action to add Defendant West American Insurance Company and dismiss Defendant Liberty Mutual Insurance Company without prejudice;

WHEREAS, Defendant Liberty Mutual Insurance Company does not object to Parker Properties so amending the Complaint and dismissing it from the action.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The First Amended Complaint attached hereto as Exhibit "1" shall replace Parker Properties' Complaint filed on October 20, 2023 as the operative pleading in this action, in accordance with Federal Rules of Civil Procedure Rule 15(a)(2). The First Amended Complaint shall be deemed filed upon the Court's entry of order approving this stipulation.

2. Liberty Mutual Insurance Company is dismissed without prejudice.

3. The undersigned counsel of record for Defendant Liberty Mutual Insurance Company is authorized to accept service of the First Amended Complaint on behalf of Defendant West American Insurance Company, and will file and serve an Answer to the First Amended Complaint on behalf of Defendant West American Insurance Company within 20 court days of service of the Court's Order.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 25, 2024

ALLEN MATKINS LECK GAMBLE
　MALLORY & NATSIS LLP
MICHAEL J. BETZ
KIMBERLY F. MACEY

By:   */s/ Michael J. Betz*
MICHAEL J. BETZ
KIMBERLY F. MACEY
Attorneys for Plaintiff
PARKER PROPERTIES, LP

| | | |
|---|---|---|
| 1 | Dated: January 25, 2024 | ROPERS MAJESKI PC |
| 2 | | By:   */s/ Mona Aghazadeh-Sanaei* |
| 3 | | BLAKE RUSSUM |
| | | NORMAN LAU |
| 4 | | MONA AGHAZADEH-SANAEI |
| | | Attorneys for Defendant |
| 5 | | LIBERTY MUTUAL INSURANCE COMPANY |

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

Dated: January 25, 2024                    */s/ Michael J. Betz*
                                                        Michael J. Betz

### ~~[PROPOSED]~~ ORDER

The First Amended Complaint attached ~~hereto~~ to the parties' Joint Stipulation as Exhibit "1" shall replace Parker Properties' Complaint filed on October 20, 2023 as the operative pleading in this action, in accordance with Federal Rules of Civil Procedure Rule 15(a)(2). Liberty Mutual Insurance Company is dismissed without prejudice. The First Amended Complaint shall be filed by Parker Properties as a stand-alone document no later than January 31, 2024. ~~deemed filed upon the Court's entry of order approving this stipulation.~~ Defendants shall file and serve their Answer within 20 days of the date the First Amended Complaint is filed. ~~shall serve their Answer within 20 days following service of this Order.~~

**IT IS SO ORDERED.**

Date: January 26, 2024          By: *[signature]*
                                Hon. Maxine M. Chesney
                                United States District Judge